**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STACEY PARKS, NIKI FLOYD,

Plaintiffs,

v. Case No.: 6:26-cv-01459-PGB-LHP

NATIONSTAR, A FOREIGN CORPORATION & PHH MORTGAGE NOW ONITY MORTGAGE, A FOREIGN CORPORATION WHO USED TO BE THE OLD OCWEN MORTGAGE,

Defendants,

---

**ORDER**
(And Direction to Clerk of Court)

This cause comes before the Court *sua sponte*. On July 7, 2026, Plaintiffs Stacey Parks and Niki Floyd, proceeding *pro se*, collectively filed a complaint against the above-named Defendants. Doc. No. 1. Plaintiffs did not pay the filing fee upon initiating this action. Instead, Plaintiff Stacey Parks filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which has been construed as a motion to proceed *in forma pauperis*. Doc. No. 7. However, the other Plaintiff, Niki Floyd, did not.

Accordingly, it is **ORDERED** that, within **twenty-one (21) days** of the date of this Order, Plaintiff Niki Floyd must also move to proceed *in forma pauperis*, by filing a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) on her own behalf. Alternatively, **by this same deadline**, Plaintiffs must pay the filing fee in full. *See Daymon v. Putnam Cnty. Sheriff*, No. 3:25-cv-524-TJC-SJH, 2025 WL 1591683, at *1 (M.D. Fla. June 5, 2025) ("[T]hough only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed IFP, each plaintiff must qualify for IFP status." (citation and quotation marks omitted)).

The Clerk of Court is **DIRECTED** to mail a copy of the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) to Plaintiff Niki Floyd, along with a copy of this Order, and shall also mail a copy of this Order to Plaintiff Stacey Parks.

**Plaintiffs are cautioned that failure to comply with this Order may result in sanctions, up to and including dismissal of the claims filed on behalf of Niki Floyd, without further notice.** ***See*** **Fed. R. Civ. P. 16(f); Local Rule 3.10.**

**DONE** and **ORDERED** in Orlando, Florida on July 28, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties